Dismissed and Opinion filed May 23, 2002









Dismissed and Opinion filed May 23, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-01-00782-CV

____________

 

IN THE INTEREST OF J.D.N.

 

 



 

On
Appeal from the 272nd District Court

Brazos
County, Texas

Trial
Court Cause No. 35,812A-272

 



 

M E M O R A N D U M  O
P I N I O N

Appellant, appeals from a judgment signed July 24, 2001.  The clerk=s record was filed on January 9,
2002.  The court reporter advised this
court that appellant had not made arrangements to pay for the reporter=s record.  On February 14, 2002, this court issued an
order requiring appellant to file a brief on or before March 18, 2002.  No brief or motion for extension was
filed.  

On March 28, 2002, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of
prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no response.

Accordingly, the appeal is ordered dismissed.








 

PER CURIAM

Judgment rendered and Opinion
filed May 23, 2002.

Panel consists of Justices Yates,
Seymore, and Guzman.

Do Not Publish C Tex. R. App. P.
47.3(b).